UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

SUNITA SETHI,

    Plaintiff,

v.

SEAGATE US LLC GROUP DISABILITY INCOME PLAN, et al.,

    Defendants.

No. C 11-6188 WHA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: July 9, 2012
Mediator: Paul Dubow

    IT IS HEREBY ORDERED that the request to excuse defendant Liberty Life Assurance Company's client representative, Paula McGee, from personal attendance at the July 9, 2012, mediation session before Paul Dubow is GRANTED. Ms. McGee shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

June 21, 2012        By: _____
Dated                            Donna M. Ryu
                                    United States Magistrate Judge

GRANTED
Judge Donna M. Ryu